UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MATTHEW L. STASZAK
Reg. #24227-171

PETITIONER

V.  No. 2:21-cv-00047-JTR

JOHN P. YATES, Warden
FCI-Low, Forrest City, Arkansas

RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2241 action is DISMISSED, without prejudice.

DATED this 23rd day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE